Anchun Jean Su (State Bar No. 285167)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100; F: (510) 844-7150
jsu@biologicaldiversity.org

Brian Segee (State Bar No. 200795)
CENTER FOR BIOLOGICAL DIVERSITY
111 W. Topa Topa Street
Ojai, CA 93023
T: (805) 750-8852
bsegee@biologicaldiversity.org

John Peter Rose (State Bar No. 285819)
CENTER FOR BIOLOGICAL DIVERSITY
660 South Figueroa Street, Suite 1000
Los Angeles, CA 90017
jrose@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendants. | Case No.:  **'17CV1215 GPC WVG**<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

1  Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned certifies
2  that as of this date, other than the named parties, there is no such interest to report.
3
4  DATED: June 15, 2017                    Respectfully submitted,
5
6                                          */s/ Anchun Jean Su*
7                                          Anchun Jean Su (State Bar No. 285167)
                                           CENTER FOR BIOLOGICAL DIVERSITY
8                                          1212 Broadway, Suite 800
9                                          Oakland, CA 94612
10                                         T: (510) 844-7100; F: (510) 844-7150
                                           jsu@biologicaldiversity.org
11
12                                         Brian Segee (State Bar No. 200795)
                                           CENTER FOR BIOLOGICAL DIVERSITY
13                                         111 W. Topa Topa Street
14                                         Ojai, CA 93023
                                           T: (805) 750-8852
15                                         bsegee@biologicaldiversity.org
16
17                                         John Peter Rose (State Bar No. 285819)
                                           CENTER FOR BIOLOGICAL DIVERSITY
18                                         660 South Figueroa Street, Suite 1000
19                                         Los Angeles, CA 90017
                                           jrose@biologicaldiversity.org
20
21                                         *Attorneys for Plaintiff*
22
23
24
25
26
27
28

2
CERTIFICATION FOR INTERESTED PARTIES