Brendan Cummings (State Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100; F: (510) 844-7150
bcummings@biologicaldiversity.org

Anchun Jean Su (State Bar No. 285167)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100; F: (510) 844-7150
jsu@biologicaldiversity.org

Brian Segee (State Bar No. 200795)
CENTER FOR BIOLOGICAL DIVERSITY
111 W. Topa Topa Street
Ojai, CA 93023
T: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*
*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. CUSTOMS & BORDER PROTECTION, <br><br> Defendants. | Case No.: 17-cv-1215-GPC-WVG <br><br> **PROOF OF SERVICE OF SUMMONS AND OTHER DOCUMENTS** |

*Additional counsel:*

John Peter Rose (State Bar No. 285819)
CENTER FOR BIOLOGICAL DIVERSITY
660 South Figueroa Street, Suite 1000
Los Angeles, CA 90017
jrose@biologicaldiversity.org

I, Colyn Kilmer, declare as follows:

1. My business address is 1212 Broadway, Oakland, CA, 94612. I am employed in the County of Alameda where this service occurred. I am over the age of 18 and am not a party to this action. On June 19, 2017, I mailed the following documents:

    a. Complaint

    b. Summons

to the following via certified mail, return receipt requested, by placing a true copy in an envelope with postage prepaid and depositing the envelope with the Unites States Postal Service. The envelopes were addressed as follows:

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Washington, DC 20528

U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, DC 20229

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893

2. All recipients have now received service. Service was received by Defendant U.S. Department of Homeland Security on June 23, 2017. Service was received by Defendant U.S. Customs and Border Protection on June 23, 2017. *See* Exhibit A.

3. Along with the Complaint and Summons in this matter, copies of the following documents were also served on each of the Defendants and persons listed above:

    a. Civil Cover Sheet

    b. Certification of Interested Parties

I declare under penalty of perjury that the foregoing is true and correct.

Civ. No. 17-cv-1215-GPC-WVG
PROOF OF SERVICE    1

| | |
|---|---|
| 1 | Dated: July 10, 2017 |
| 2 | |
| 3 | /s/ Colyn Kilmer |
| 4 | COLYN KILMER |
| | Center for Biological Diversity |
| 5 | 1212 Broadway Street, Suite 800 |
| | Oakland, CA 94612 |
| 6 | Telephone: (510) 844-7120 |
| | Facsimile: (510) 844-7150 |
| 7 | Email: ckilmer@biologicaldiversity.org |

# EXHIBIT A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

7016 1370 0002 0084 8943

Certified Mail Fee: $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $ 1.40
Total Postage and Fees: $ 7.50

Postmark: BYRON RUMFORD STATION, OAKLAND, CA 94612-9991, JUN 19 2017

Sent To: U.S. Department of Homeland Security
Office of the General Counsel
Street and Apt. No.: 245 Murray Lane, SW
City, State, ZIP+4: Washington, DC 20528

PS Form 3800

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

7016 1370 0002 0084 8979

Certified Mail Fee: $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 2.75
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $ 1.40
Total Postage and Fees: $ 7.50

Postmark: BYRON RUMFORD STATION, OAKLAND, CA 94612-9991, JUN 2017

Sent To: U.S. Customs and Boarder Protection
Office of the Chief Counsel
Street and Apt. No.: 1300 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20229

PS Form 3800

Quick Tools

# USPS Tracking® Results

Tracking | FAQs

Track Another Package +

Remove ☐

**Tracking Number:** 70161370000200848986



Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 26, 2017, 4:40 am | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 4:40 am on June 26, 2017 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| June 23, 2017, 12:38 pm | Available for Pickup | WASHINGTON, DC 20530 |
| June 23, 2017, 12:19 pm | Arrived at Unit | WASHINGTON, DC 20018 |

Quick Tools

# USPS Tracking® Results

Tracking | FAQs

Track Another Package +

Remove ☐

**Tracking Number:** 70161370000200848962



Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 21, 2017, 2:21 pm | Delivered, Left with Individual | SAN DIEGO, CA 92101 |
| | Your item was delivered to an individual at the address at 2:21 pm on June 21, 2017 in SAN DIEGO, CA 92101. | |
| June 20, 2017, 7:25 pm | Arrived at USPS Facility | SAN DIEGO, CA 92199 |
| June 19, 2017, 9:35 pm | Arrived at USPS Facility | OAKLAND, CA 94615 |

Quick Tools

# USPS Tracking® Results

Tracking | FAQs

Track Another Package +

Remove ☐

**Tracking Number:** 70161370000200848993



Delivered

**Updated Delivery Day:** Friday, June 23, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**   **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 23, 2017, 10:47 am | **Delivered, To Mail Room** | WASHINGTON, DC 20528 |

Your item has been delivered to the mail room at 10:47 am on June 23, 2017 in WASHINGTON, DC 20528.

| | | |
|---|---|---|
| June 23, 2017, 8:27 am | Arrived at Unit | WASHINGTON, DC 20018 |
| June 19, 2017, 10:06 pm | Departed USPS Facility | OAKLAND, CA 94615 |

Quick Tools

# USPS Tracking® Results

Tracking | FAQs

Track Another Package +

Remove ☐

**Tracking Number:** 70161370000200848979



Delivered

**Updated Delivery Day:** Friday, June 23, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 23, 2017, 10:51 am | **Delivered, To Mail Room** | WASHINGTON, DC 20229 |
| | Your item has been delivered to the mail room at 10:51 am on June 23, 2017 in WASHINGTON, DC 20229. | |
| June 23, 2017, 8:38 am | Arrived at Unit | WASHINGTON, DC 20018 |
| June 19, 2017, 10:06 pm | Departed USPS Facility | OAKLAND, CA 94615 |