Brian Segee (Bar No. 200795)
Center for Biological Diversity
111 W. Topa Topa Street
Ojai, CA 93023
Telephone: (805) 750-8852
E-mail: bsegee@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

Galen N. Thorp (VA Bar No. 75517)
U.S. Department of Justice
VA State Bar No. 75517
950 Pennsylvania Avenue NW
Washington, DC  20530
Telephone: (202) 514-4781
E-mail: galen.thorp@usdoj.gov

*Attorney for Defendants*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security *et al.*,<br><br>Defendants. | **Joint Motion for Consolidation and for Order Regarding Further Proceedings**<br><br>Case No. 3:17-cv-01215-GPC-WVG |

|  |  |
|---|---|
| Defenders of Wildlife *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Elaine Duke *et al.*,<br><br>                              Defendants. | Case No.: 3:17-cv-01873-GPC-WVG |
| The People of the State of California *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>United States of America *et al.*,<br><br>                              Defendants. | Case No. 3:17-cv-01911-GPC-WVG |

Plaintiffs and Defendants in three related cases – <u>Center for Biological Diversity v. U.S. Department of Homeland Security</u>, Case No. 3:17-cv-01215-GPC-WVG; <u>Defenders of Wildlife v. Duke</u>, Case No. 3:17-cv-01873-GPC-WVG; and <u>California v. United States</u>, Case No. 3:17-cv-01911-GPC-WVG – pursuant to Fed. R. Civ. P. 6(b), 12(a), and 16(b) and CivLR 7.2, 12.1, and 16.1, hereby stipulate to the following and jointly move for consolidation of the cases onto one docket and for this Court's Order approving this proposed schedule.

Plaintiff Center for Biological Diversity (CBD) filed its original complaint on June 15, 2017, and, in accordance with the approved schedule in that case, Plaintiffs filed its second amended complaint on September 6, 2017 (17cv01873 Doc. #16). Subsequently, Plaintiffs in <u>Defenders of Wildlife</u> filed their complaint on September 14, 2017 (17cv01873 Doc. #1), and Plaintiffs in <u>California</u> filed their complaint on September 20, 2017 (17cv01911 Doc. #1).  Due to the related events, parties, and questions of law in these matters, <u>Defenders of Wildlife</u> and <u>California</u> were transferred to Judge Gonzalo P. Curiel pursuant the "Low-Number" Rule on September 20, 2017 and October 5, 2017,

respectively (17cv01873 Doc. #8, 17cv01911 Doc. #4). On October 6, 2017, as set forth in that case's scheduling order, Defendants filed their motion to dismiss CBD's amended pleading (17cv01215 Doc. #18).The parties agree that cross-motions for summary judgment would provide the most efficient way to present the key issues in these cases for judicial resolution.  Because the parties are prepared to file such motions shortly without conducting discovery, little would be gained from requiring Defendants to answer the complaints or from issuing a Rule 16 scheduling order focused on discovery and pre-trial issues. Given the complexity of the issues presented, the parties jointly propose alterations to the page limits and briefing schedule provided in the Local Rules. In addition, it is the parties' understanding that construction of the replacement border walls and related infrastructure at issue is not likely to commence until mid-February 2018. The parties seek the opportunity to complete dispositive briefing and be heard by the Court on these matters prior to these activities.

Moreover, it would also serve judicial efficiency for the cases to be consolidated onto one docket. While each case would retain its distinct identity, with each set of plaintiffs filing its own motions, consolidation would permit the Court to docket its orders (and Defendants to docket their filings) once instead of making redundant filings in three separate actions.

Accordingly, subject to the Court's approval, the undersigned counsel for the parties in these matters hereby stipulate as follows:

1. The above captioned cases are consolidated pursuant to Fed. R. Civ. P. 42(a).

2. The remaining dates in the previously approved scheduling order in CBD (17cv01215 Doc. #14) shall be replaced by the following schedule.

3. Pursuant to Fed. R. Civ. P. 16(b) and CivLR 16.1(e), the Court finds good cause to suspend issuance of a Rule 16 scheduling order pending further order of the Court, including the associated requirements to (1) prepare disclosures under Fed. R. Civ.

P. 26(a)(1), (2) confer and report under Fed. R. Civ. P. 26(f), and (3) hold status conferences pursuant to CivLR 16.1(c), (d).

4.  Pursuant to Fed. R. Civ. P. 6(b) and 12(a) and CivLR 12.1, the Court finds good cause to suspend Defendants' obligation to serve in answer in the above captioned cases pending further order of the Court.

5.  Defendants' motion to dismiss, filed in CBD (17cv01215 Doc. #18) shall be deemed converted to a motion for partial summary judgment.

6.  Plaintiffs in Defenders shall file an amended pleading, if any, by **November 20, 2017**.

7.  By **November 22, 2017**, Plaintiffs in Defenders and California shall file motions for summary judgment and Plaintiff CBD shall file a cross-motion for summary judgment and opposition to Defendants' motion for summary judgment. Plaintiffs' brief in each case shall not exceed 40 pages.

8.  By **December 22, 2017**, Defendants shall file a consolidated opposition to Plaintiffs' motions for summary judgement and cross-motion for summary judgement in the Defenders and California cases, and in the CBD case, an opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment. Defendants' brief shall not exceed 100 pages.

9.  By **January 12, 2018**, Plaintiffs in Defenders and California shall file oppositions to Defendants' cross-motion for summary judgment and all Plaintiffs shall file replies to the Defendants' opposition to the respective Plaintiffs' motions for summary judgment. Plaintiffs' brief in each case shall not exceed 20 pages.

10. By **January 26, 2018**, Defendants shall file a consolidated reply in support of their cross-motions for summary judgment in the Defenders and California cases. Defendants' brief shall not exceed 40 pages.

11. The Parties will seek the Court's approval to hold a hearing on the cross-motions for summary judgment on **February 2, 2018**, or as soon thereafter the matters may be heard.

DATED: October 20, 2017

Respectfully submitted,

| | |
|---|---|
| s/ Brian Segee | CHAD A. READLER, Acting Assistant |
| Brian Segee (Bar No. 200795) | Attorney General |
| Center for Biological Diversity | Civil Division |
| 111 W. Topa Topa Street | JOHN R. TYLER |
| Ojai, CA 93023 | Assistant Branch Director |
| T: (805) 750-8852 | |
| bsegee@biologicaldiversity.org | s/ Galen N. Thorp |
| | GALEN N. THORP |
| Brendan Cummings (Bar No. 193952) | Senior Counsel |
| Anchun Jean Su (Bar No. 285167) | VA State Bar No. 75517 |
| Center for Biological Diversity | Federal Programs Branch |
| 1212 Broadway, Suite 800 | U.S. Department of Justice |
| Oakland, CA 94612 | Email: galen.thorp@usdoj.gov |
| T: (510) 844-7100; F: (510) 844-7150 | Telephone: (202) 514-4781 |
| bcummings@biologicaldiversity.org; | Facsimile: (202) 616-8460 |
| jsu@biologicaldiversity.org | 950 Pennsylvania Avenue NW |
| | Washington, DC  20530 |
| John Peter Rose (Bar No. 285819) | |
| Center for Biological Diversity | Alana W. Robinson |
| 660 South Figueroa Street, Suite 1000 | Acting United States Attorney |
| Los Angeles, CA 90017 | REBECCA G. CHURCH |
| T: (408) 497-7675 | Assistant U.S. Attorney |
| jrose@biologicaldiversity.org | Cal. State Bar No. 259652 |
| | Email: rebecca.church@usdoj.gov |
| *Attorneys for Plaintiff Center for* | Telephone: (619) 546-7721 |
| *Biological Diversity* | Office of the U.S. Attorney |
| | 880 Front Street, Room 6293 |
| | San Diego, CA 92101-8893 |
| | Facsimile: (619) 546-7751 |
| | |
| | *Attorneys for Defendants* |

s/ Brett M. Paben
Brett M. Paben (FL No. 0416045)
DEFENDERS OF WILDLIFE
535 16th Street
Denver, CO 80202
Telephone: (720) 943-0457
bpaben@defenders.org
*Pro hac vice*

*Attorney for Plaintiff Defenders of Wildlife*

Gloria D. Smith (CA No. 200824)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

*Attorney for Plaintiff Sierra Club*

Anthony T. Eliseuson (IL No. 6277472)
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe Street, Unit 3
Chicago, Illinois 60657
Telephone: (707) 795-2533
aeliseuson@aldf.org
*Pro hac vice*

Sarah K. Hanneken (OR No. 165104)
ANIMAL LEGAL DEFENSE FUND
919 SW Taylor Street, #400
Portland, OR 97205
Telephone: (707) 795-2533
shanneken@aldf.org
*Pro hac vice*

*Attorneys for Plaintiff*
*Animal Legal Defense Fund*

XAVIER BECERRA, Attorney General of California
ROBERT W. BYRNE, Senior Assistant Attorney General
TIMOTHY R. PATTERSON (SBN 72209)

  s/  Michael P. Cayaban
MICHAEL P. CAYABAN (SBN 179252)
Supervising Deputy Attorneys General
JOHN APPELBAUM (SBN 149643)
NOAH GOLDEN-KRASNER (SBN 217556)
JANELLE M. SMITH (SBN 231801)
AMIE MEDLEY (SBN 266586)
DAVID P. ALDERSON (SBN 231597)
BAINE P. KERR (SBN 265894)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, California 92101
Telephone: (619) 738-9313
Fax: (619) 645-2271
E-mail: Mike.Cayaban@doj.ca.gov

*Attorneys for Plaintiffs the People of the State of California, by and through Xavier Becerra, Attorney General, and the California Coastal Commission*

**SIGNATURE CERTIFICATIONS**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Brian Segee, Brett Paben, and Michael Cayaban, counsel for each set of Plaintiffs, and that I have obtained authorization from Messrs. Segee, Paben, and Cayaban to affix their electronic signature to this document.

DATED: October 20, 2017      s/ Galen N. Thorp
Galen N. Thorp
Senior Counsel
U.S. Department of Justice
galen.thorp@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing Joint Motion for Order Regarding Further Proceedings in the respective cases with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

       s/ Galen N. Thorp
       Galen N. Thorp