1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. Department of Homeland Security *et al.*,<br><br>          Defendants. | Case No. 17-cv-01215-GPC-WVG<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG |
| Defenders of Wildlife *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Elaine Duke *et al.*,<br><br>          Defendants. | **ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND ORDER REGARDING FURTHER PROCEEDINGS**<br><br>[Dkt. No. 21.] |
| The People of the State of California *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>United States of America *et al.*,<br><br>          Defendants. | |

**ORDER**

The Court GRANTS the parties' joint motion to consolidate the above captioned cases pursuant to Fed. R. Civ. P. 42(a). The Court finds that this case, Case No. 17cv1215, and Case Nos. 17cv1873 & 17cv1911 share common questions of law and fact, Fed. R. Civ. P. 42(a), and that the time and effort saved by consolidation will outweigh "any inconvenience, delay, or expense that it would cause," Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984).

1. The previously approved scheduling order in Case No. 17-cv-1215 (Doc. #14) is superseded by the following schedule.

2. Pursuant to Fed. R. Civ. P. 16(b) and CivLR 16.1(e), the Court finds good cause to suspend issuance of a Rule 16 scheduling order pending further order of the Court, including the associated requirements to (1) prepare disclosures under Fed. R. Civ. P. 26(a)(1), (2) confer and report under Fed. R. Civ. P. 26(f), and (3) hold status conferences pursuant to CivLR 16.1(c), (d).

3. Pursuant to Fed. R. Civ. P. 6(b) and 12(a) and CivLR 12.1, the Court finds good cause to suspend Defendants' obligation to serve an answer in the above captioned cases pending further order of the Court.

4. Defendants' motion to dismiss, filed in Case No. 17-cv-1215 (Doc. #18), shall be deemed converted to a motion for partial summary judgment.

5. Plaintiffs in Case No. 17-cv-1873 shall file an amended pleading, if any, by November 20, 2017.

6. By **November 22, 2017**, Plaintiffs in Case Nos. 17-cv-1873 and 17-cv-1911 shall file motions for summary judgment and Plaintiff in Case No. 17-cv-1215 shall file a cross-motion for summary judgment and opposition to Defendants' motion for summary judgment. Plaintiffs' brief in each case shall not exceed 40 pages.

7. By **December 20, 2017,** Defendants shall file a consolidated opposition to Plaintiffs' motions for summary judgment and cross-motion for summary judgment in

Case Nos. 17-cv-1873 and 17-cv-1911 cases, and in Case No. 17-cv-1215 an opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment. Defendants' brief shall not exceed 100 pages.

8. By **January 5, 2018**, Plaintiffs in Case Nos. 17-cv-1873 and 17-cv-1911 shall file oppositions to Defendants' cross-motion for summary judgment and all Plaintiffs shall file replies to the Defendants' opposition to the respective Plaintiffs' motions for summary judgment. Plaintiffs' brief in each case shall not exceed 20 pages.

9. By **January 19, 2018**, Defendants shall file a consolidated reply in support of their cross-motions for summary judgment in the Case Nos. 17-cv-1873 and 17-cv-1911. Defendants' brief shall not exceed 40 pages.

10. A hearing on the cross-motion for summary judgment shall be held on **February 9, 2018 at 1:30 p.m**. in Courtroom 2D.

Pursuant to CivLR 5.1(i)(3), all filings shall be docketed in Case No. 17-cv-1215, the lead case in the consolidated action, and all further pleadings and papers will be filed only in Case No. 17-cv-1215 with a cross-reference to Case Nos. 17-cv-1873 & 17-cv-1911 on the caption. IT IS ORDERED that the caption of the consolidated action shall be as follows:

| | |
|---|---|
| **IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION**, | Case No. 17cv1215-GPC(WGV)<br><br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG |

"Consolidation under Rule 42(a) does not automatically merge the suits into a single cause, or change the rights of the parties, or make those who are parties in one

suit parties to the other." <u>Freeman v. Delta Air Lines, Inc.</u>, Nos. C 13-04179 JSW, C 14-01862 JSW, 2014 WL 5830246, at *5 (N.D. Cal. Nov. 10, 2014).

**IT IS SO ORDERED.**

Dated: October 24, 2017

Hon. Gonzalo P. Curiel
United States District Judge