1  Gloria D. Smith (CA No. 200824)
2  Sierra Club
   2101 Webster Street, Suite 1300
3  Oakland, CA 94612
4  Telephone: (415) 977-5532
   gloria.smith@sierraclub.org
5

6  Brett M. Paben (FL No. 0416045)
   Defenders of Wildlife
7  535 16th Street
8  Denver, CO 80202
   Telephone: (720) 943-0457
9  bpaben@defenders.org
   *Pro hac vice*
10

11 Anthony T. Eliseuson (IL No. 6277472)
   Sarah K. Hanneken (OR No. 165104)
12 Animal Legal Defense Fund
13 [full signature block below]
   *Pro hac vice*
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION,** | Case No. 17-cv-01215-GPC-WGV<br><br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG<br><br>**Plaintiffs Defenders of Wildlife, Animal Legal Defense Fund, and Sierra Club's Motion for Summary Judgment**<br><br>Judge:      Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Date:       February 9, 2018<br>Time:       1:30 p.m. |

# MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Local Rules of Practice for this Court's Civil Rule R 7.1, and the Honorable Gonzalo P. Curiel's Order Granting Joint Motion to Consolidate Cases and Order Further Proceedings (Doc. #21), Plaintiffs in Case No. 17-cv-1873, Defenders of Wildlife, Animal Legal Defense Fund, and Sierra Club, by and through its attorneys of record, hereby move this Court for entry of an Order granting summary judgment in their favor.

In support of this Motion, Plaintiffs are filling a Memorandum of Points and Authorities, a Statement of Material Facts, and a Proposed Order. Oral argument on this Motion has been scheduled for February 9, 2018, at 1:30 p.m.

For the reasons provided in the supporting Memorandum, Plaintiffs contend that there is no genuine dispute as to any material fact and they are entitled to judgment as a matter of law on their claims. Plaintiffs therefore respectfully pray that this Court grant summary judgment in their favor, declare that Secretary's applicable actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, or, in the alternative, *ultra vires*; further declare that the waiver authority delegated to the Secretary by paragraph (c)(1) of Section 102 of IIRIRA, Pub. L. No. 104-208 (1996), as amended, (codified at 8 U.S.C. § 1103 note), as amended, is unconstitutional on its face and as applied in this matter, and set aside such provision; and enjoin the Defendants from taking further action related to the border infrastructure at issue in this case.

DATED: November 22, 2017

Respectfully submitted,

s/Glorida D. Smith

Gloria D. Smith (CA No. 200824)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

*Attorney for Plaintiff Sierra Club*

s/Brett M. Paben

Brett M. Paben (FL No. 0416045)
DEFENDERS OF WILDLIFE
535 16th Street
Denver, CO 80202
Telephone: (720) 943-0457
bpaben@defenders.org
*Pro hac vice*

*Attorney for Plaintiff Defenders of Wildlife*

s/Anthony T. Eliseuson
Anthony T. Eliseuson (IL No. 6277472)
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe Street, Unit 3
Chicago, Illinois 60657
Telephone: (707) 795-2533
aeliseuson@aldf.org
*Pro hac vice*

Sarah K. Hanneken (OR No. 165104)
ANIMAL LEGAL DEFENSE FUND
919 SW Taylor Street, #400
Portland, OR 97205
Telephone: (707) 795-2533
shanneken@aldf.org
*Pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff*
*Animal Legal Defense Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed Plaintiff's Second Amended Complaint for Declaratory and Injunctive relief with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record in this case.

s/
Gloria D. Smith