Gloria D. Smith (CA No. 200824)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

Brett M. Paben (FL No. 0416045)
Defenders of Wildlife
535 16th Street
Denver, CO 80202
Telephone: (720) 943-0457
bpaben@defenders.org
Applicant *pro hac vice*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION,** | Case No. 17cv1215-GPC(WGV)<br><br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG<br><br>**Statement of Undisputed Material Facts in Support of Plaintiffs Defenders of Wildlife, Animal Legal Defense Fund, and Sierra Club's Motion for Summary Judgment**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Date: February 9, 2018<br>Time: 1:30 p.m. |

Pursuant to Civil Local Rule 7.1.f.1 and the Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, Plaintiffs Defenders of Wildlife, Sierra Club, and Animal Legal Defense Fund respectfully submit the following Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment.

## STATEMENT OF UNDISPUTED MATERIAL FACTS

**Department of Homeland Security's Functions, Structure, and Management**

1. Among numerous responsibilities, the Department of Homeland Security (DHS), an executive department of the United States, administers laws related to securing the nation's borders and immigration enforcement. 6 U.S.C. §§ 111(a), 202. The DHS Secretary is responsible for all functions of DHS's officers, employees, and organizational units, the latter of which includes the U.S. Customs and Border Protection (CBP). *Id.* at 112(a)(3), 211(a).

2. CBP duties include interdicting persons and goods illegally entering or exiting the United States and safeguarding the borders of the United States to protect against the entry of dangerous goods. 6 U.S.C. § 211(c). Throughout the country, CBP has more than 300 "points of entry"– *i.e.*, designated places where merchandise and individuals may lawfully enter the United States, *see* 19 C.F.R. § 101.1 (2015); 8 C.F.R. § 286.1(g) (2009). CPB's Office of Field Operations coordinates enforcement activities at these locations. 6 U.S.C. § 211(g)(3).

3. At places other than, or between, designated points of entry, the U.S. Border Patrol serves as the law enforcement office of CBP and has "primary responsibility for interdicting persons attempting to illegally enter or exit the United States or goods being illegally imported into or exported from the United States at a place other than a designated port of entry." 6 U.S.C. § 211(e)(3). The Border Patrol divides this operational responsibility geographically among 21 sectors, with each sector further divided into stations. See 8 C.F.R. § 100.4(c) (Dec. 3, 2015).

4. Along the United States' Southwest border, Border Patrol has 9 "sectors"

with a combined total of 71 stations. *See id.* Each station is further divided into defined geographic zones, to which Border Patrol agents are assigned. *Id.*; *see also* Gov't Accountability Off., GAO-17-331, *Southwest Border Security: Additional Actions Needed to Better Assess Fencing's Contributions to Operations and Provide Guidance for Identifying Capability Gaps* 5 (2017), (hereinafter "GAO-17-331").[1] Border Patrol has 655 zones in this region: 214 border zones that touch the U.S. and Mexico border and 441 interior zones that do not. *Id.* at 5, 47.

5. The Border Patrol's San Diego Sector contains 7 stations divided into 128 zones, including 39 border zones, and it contains 60 miles of land border with Mexico, 114 coastal border miles, covers 56,830 square miles, and contains 309 miles of patrol roads. *Id.* at 48; *San Diego Sector California* (published May 17, 2016), https://www.cbp.gov/border-security/along-us-borders/border-patrol-sectors/san-diego-sector-california.

6. In September 2010, Border Patrol reported that it had achieved operational control for roughly 85 percent of the border miles in the San Diego Sector, *see* GAO-11-374T, *Preliminary Observations on Border Control Measures for the Southwest Border* 7 (Fig. 3) (2001),[2] or about 51 of the sector's 60 border miles.

7. The El Centro Sector has 4 stations with a combined 50 zones, including 20 border zones, and it includes 70 miles of the U.S. and Mexico border, an area of 107,750 square miles, and 214 miles of patrol roads. *Id.* at 49; 8 C.F.R. § 100.4(c).

8. In September 2010, the Border Patrol reported that it had achieved operational control for approximately 86 percent of the border miles in the El Centro Sector, *see* GAO-11-374T at 7, or about 60 of the sector's 70 border miles.

---

[1] *Available at* https://www.gao.gov/assets/690/682838.pdf.
[2] *Available at* http://www.gao.gov/assets/130/125505.pdf.

## The San Diego and Calexico Waivers

9. On August 2, 2017, the Federal Register published former DHS Secretary John F. Kelly's Notice of Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as Amended. 82 Fed. Reg. 35,984. In this notice, Secretary Kelly "determined" that the "San Diego Sector remains an area of high illegal entry area of high illegal entry." *Id*. The Notice contained the following support for this determination:

> The United States Border Patrol's San Diego Sector is one of the busiest Sectors in the Nation. For example, in fiscal year 2016 alone, the United States Border Patrol apprehended over 31,000 illegal aliens and seized approximately 9,167 pounds of marijuana and approximately 1,317 pounds of cocaine in the San Diego Sector. To be sure, the construction of border infrastructure and other operational improvements have improved border security in the San Diego Sector; however, more work needs to be done.

*Id.* Based on this determination, Secretary Kelly concluded it was necessary to exercise the waiver authority of subsection 102(c) of IIRIRA, "[i]n order to ensure the expeditious construction of the barriers and roads in the Project Area … [and] waive in their entirety" thirty-seven named statutes. *Id.* at 35,985.

10. On September 12, 2017, the Federal Register published a Notice of Determination made by Elaine Duke, Secretary of DHS. Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as Amended. 82 Fed. Reg. 42,829.

11. As published in this Notice, Secretary Duke determined that the

> El Centro Sector is an area of high illegal entry. In fiscal year 2016 alone, [Border Patrol] apprehended over 19,000 illegal aliens and seized approximately 2,900 pounds of marijuana and approximately 126 pounds of cocaine.… the Border Patrol has been able to make significant gains in border security within the El Centro Sector; however, more work needs to be done.

*Id.* at 42,830.

12. Secretary Duke determined that it was necessary to exercise the authority provided in subsection 102(c) of IIRIRA "[i]n order to ensure the expeditious construction of the barriers and roads in the Project Area." *Id.* at 42,830.

### Border Patrol Enforcement Activities

13. In September 2017, DHS issued a report which concluded:

> With respect to border enforcement outputs, available data indicate that the southwest land border is more difficult to illegally cross today than ever before… With respect to border enforcement outcomes, available data also indicate the lowest number of illegal entries at least since 2000, and likely since the early 1970s. First, the U.S. Border Patrol made 408,000 southwest border apprehensions in 2016, the fourth-lowest number since 1972, and a 75 percent drop from 1.6 million apprehensions in 2000… Second, USBP's observation-based estimate of known got aways fell 83 percent between 2006 and 2016, from 615,000 to 106,000, in spite of improved detection capacity. Third, the IDA Corporation estimates that successful illegal entries fell 91 percent between 2000 and 2016 (from 1.8 million to 170,000).

Office of Immigr. Stat., DHS, *Efforts by DHS to Estimate Southwest Border Security Between Ports of Entry* 19 (2017).[3]

14. As DHS has described, there significantly fewer unlawful entry attempts and other illegal activities occurring along the border than there were when Congress enacted IIRIRA and its amendments. In fiscal year (FY) 1996, Border Patrol apprehended 1.5 million migrants along the Southwestern border. Border Patrol, *Southwest Border Sectors, Total Illegal Alien Apprehensions by Fiscal Year (FY 1960 – FY 2000)* (hereinafter "*Apprehensions by FY*").[4] In FY 2005, Border Patrol made 1.17 million apprehensions. *Id.* Since then, apprehensions of deportable

---

[3] *Available at* https://www.dhs.gov/sites/default/files/publications/17_0914_estimates-of-border-security.pdf.

[4] *Available at* https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Southwest%20Border%20Sector%20Apps%20FY1960%20-%20FY2016.pdf.

migrants generally declined. There were 408,870 apprehensions in FY 2016. *Id.* In the first eleven months of fiscal year 2017, apprehensions along the Southwest border totaled only 281,390, a 23.8 percent drop compared to the same period in 2016. *See* Ex. 1 (containing tables used in calculations made from available DHS, CBP, and Border Patrol data). *Compare* CBP, *Southwest Border Migration* (published Nov. 3, 2017), https://www.cbp.gov/newsroom/stats/sw-border-migration, *with* CBP, *U.S. Border Patrol Monthly Apprehensions (FY 2000 - FY 2016)* 17.[5]

15. The number of apprehensions "serves as a long-standing proxy measure of illegal flows," Office of Immigr. Stat., *supra*, at 2, and "an indicator of total attempts to illegally cross the border." DHS, *Agency Financial Report – FY 2016* 3 (Nov. 2016) (hereinafter "*AFR FY __*").[6]

16. As described by DHS:

> [I]f the apprehension rate were unchanged between 2000 and 2016, the observed drop in USBP apprehensions would suggest a 75 percent reduction in illegal inflows between ports of entry on the southwest land border during this period. If the apprehension rate has increased since 2000, as the IER, TIR, and PAR suggest, the actual drop in illegal inflows over this time period would be somewhat greater than 75 percent.

Office of Immigr. Stat., *supra*, at 15.

17. The reduction in apprehensions in the El Centro Sector over the past 20 years is similar to those seen across the Southwest border. Compared to FY 1996, Border Patrol made approximately 73 percent fewer apprehensions in the Mexican border in FY 2016. *Apprehensions by FY*. In the El Centro Sector over this same period, Border Patrol apprehended approximately 71 percent fewer migrants –

---

[5] *Available at* https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Total%20Monthly%20Apps%20by%20Sector%20and%20Area%2C%20FY2000-FY2016.pdf.

[6] *Available at* https://www.dhs.gov/ performance-financial-reports.

19,448 apprehensions made in FY 2016 versus 66,873 in FY 1996. *Id.* Also in FY 2016, apprehensions dropped 92 percent from FY 2000 (238,126).

18. The San Diego Sector's apprehensions dropped 93 percent from FY 1996 (483,815) to FY 2016 and 79 percent from FY 2000 (151,681) to FY 2016. *Id.* In FY 1996 Border Patrol made 483,815 apprehensions in the San Diego Sector, or 32.1 percent of apprehensions along the Southwestern border. *Id.* In FY 2016, Border Patrol only apprehended 31,891 deportable migrants, or 7.8 percent of the total in the Southwest Border Sectors. *Id.* The 31,891 apprehensions are also 74 percent fewer than the 126,904 apprehensions made in the sector in FY 2005. *Id.*

19. In the first eleven months of fiscal year 2017, apprehensions in the San Diego and El Centro Sectors dropped by 20 percent and 18 percent during the same period in FY 2016. *Id.* Apprehensions in the Southwest dropped from 266,793 in February through August 2016, to 113,166 in February through August 2017, a 57.6 percent decrease. *Id.* This decrease was 46.7 percent (22,409 to 11,939) in the San Diego Sector and 24.8 percent (11,560 to 8,688) in the El Centro Sector. *Compare* CBP, *Southwest Border Migration* (published Nov. 3, 2017), https://www.cbp.gov/newsroom/stats/sw-border-migration, *with* CBP, *U.S. Border Patrol Monthly Apprehensions (FY 2000 - FY 2016)* 17.

20. Comparing February through July 2016 to February through July 2017, the number of apprehensions dropped from 229,745 to 90,873 (60.4 percent) along the Southwestern border, 19,661 to 9,698 (50.7 percent) in the San Diego Sector and 9,513 to 6,808 (28.4 percent) in the El Centro Sector. *Id.*

21. In addition to apprehensions, DHS has started using the rate of interdiction effectiveness (RIE) along the Southwest border between ports of entry as a border security performance measure in FY 2014. DHS, *Annual Performance Report –*

*FYs 2016-2018* 36 (2017) (hereinafter "*APR FYs __-__*").[7]

> This measure reports the percent of detected illegal entrants who were apprehended or turned back after illegally entering the United States between the ports of entry on the Southwest border. The Border Patrol achieves this desired strategic outcome by maximizing the apprehension of detected illegal entrants or, confirming that illegal entrants return to the country from which they entered; and by minimizing the number of persons who evade apprehension…

*Id.* at App. A 67.

22. Border Patrol has exceeded its annual RIE goals and improved overall performance since FY 2014. *APR FY 2016-2018* at 36 (2014: 79.28% (77% target), 2015: 81.01% (80% target), 2016: 82.67% (81% target)).

23. In addition to interdiction effectiveness, DHS has been reporting a measure of the percent of people apprehended multiple times, or recidivism rate, since FY 2013. *See id.* "Effective and efficient application of consequences for illegal border crossers will, over time, reduce overall recidivism." *Id.* at App. A 67. "[T]he southwest border recidivism rate declined from 31 percent in 2005 … to 12 percent in 2016." Office of Immigr. Stat., *supra*, at 9.

24. RIE and recidivism rate are the only performance measures DHS was reported related to Southwestern border security in its APRs since FY 2014.

25. In addition, the Government Accountability Office (GAO) reported that for FYs 2013-2015, the Border Patrol's apprehension rate for the Southwest Border Sectors was 56 percent, while both the San Diego and El Centro Sectors had estimated apprehension rates of 67 percent, higher than any other southwestern sector. GAO-17-331 48-49, 50-56.

### Border Patrol Agents

26. The number of Border Patrol agents in the Southwest Border Sectors has

---

[7] *Available at* https://www.dhs.gov/performance-financial-reports.

increased by more than 300 percent over the past 20 years – from 5,333 in FY 1996, to 9,891 in FY 2005, and to 17,026 in FY 2016. Border Patrol, *BP Staffing FY1992-FY2016* 3.[8]

27.   "It should be noted that [Border Patrol] resources are deployed to those areas deemed to be the highest risk." DHS, *Agency Financial Report FY 2016* 18 (2017).[9] *See also* GAO-17-331 at 61 ("Border Patrol uses these data, among other data, to assign risk scores to each sector, which informs resource deployments.")

28.   In the San Diego Sector, however, the increase in Border Patrol agents was 18.3 percent: 1,965 in FY 1996, 1,562 in FY 2005, and 2,325 in FY 2016. Border Patrol, *BP Staffing FY1992-FY2016* at 4. The number of agents assigned to the San Diego Sector represented approximately 26.8 percent of all Southwest Border Sector agents in FY 1996, but this was 12.3 percent in FY 2016. *Id.*

29.   From FY 1992 through FY 2016, the most agents in the Southwest Border Sectors was approximately 18,600 in FY 2013. *Id.* at 3. This number gradually declined by 8.5 percent from FY 2013 through 2016. *Id.*

30.   The maximum number of agents in the San Diego Sector occurred in FY 2011 (2,669), and there were 12.9 fewer agents (2,325) in this sector in FY 2016. *Id.* at 4. The number of Agents in the San Diego Sector also dropped by 18.76 percent from FY 2013 (2,572) to FY 2016. *Id.*

31.   The greatest number of agents deployed in the El Centro was 1,187 in FY 2009, which had dropped by 21.9 percent (927) in FY 2016. *Id.* The number of Agents in the El Centro Sector also dropped by 9.6 percent from FY 2013 (1,141) to FY 2016. *Id.* From FY 2015 to FY 2016, the number of agents in the El Centro Sector decreased by 7.7 percent decrease (1,004 to 927), representing the largest

---

[8] *Available at* https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Staffing%20FY1992-FY2016.pdf
[9] *Available at* https://www.dhs.gov/performance-financial-reports

1 relative decrease in agents among the Southwest Border Sectors. *Id.*

2 32. While the number of Border Patrol agents throughout Southwest Border
Sectors generally declined between FY 2013 and 2016, the number of agents
increased by 1.6 percent in the Rio Grande Valley Sector, which, in FY 2016, also
had more than 6-times the number of agents than in FY 1996 and more than twice
as many as FY 2005. *Id.*

### Barriers Along the Border Fencing

33. As of August 2, 2017, DHS had deployed 705 miles fencing along the southwest border, most of which occurred during FYs 2005-15. Border Patrol, *Mileage of Pedestrian and Vehicle Fencing by State* (Aug. 2, 2017).[10] "From fiscal year 2007 to 2015, CBP spent approximately $2.4 billion on [tactical infrastructure] on the southwestern border—about 95 percent, or $2.3 billion was spent on constructing pedestrian and vehicle fencing." GAO-17-331 at 17.

34. "Despite these investments, CBP cannot measure the contribution of fencing to border security operations along the southwest border because it has not developed metrics for this assessment." *Id.* at 25. "CBP does not measure the effectiveness of its programs and operations well; therefore, it continues to invest in programs and act without the benefit of the feedback needed to help ensure it uses resources wisely and improves border security." OIG-17-39 at 1.

35. From 2013 through 2015, the San Diego Sector "had the highest estimated apprehension rate … (77 percent) in zones with no fencing." GAO-17-331 at 48. El Centro's apprehension rate was 70 percent in areas with no fencing during this period, above the total rate of 67 percent throughout the sector. *Id.* at 49.

36. "Between fiscal years 2010 and 2015, CBP recorded a total of 9,287

---

[10] *Available at* https://www.cbp.gov/sites/default/files/assets/documents/2017Sep/Border%20Patrol%20Fence%20Totals.pdf.

STMT. OF UNDISPUTED MATERIAL FACTS IN SUPP. PLS.' MOT. FOR SUMM. J.
- 10 -                                                                                                      17cv01215

breaches in pedestrian fencing… illegal entrants breached legacy pedestrian fencing at an average rate of 82 breaches per fence mile, compared to an average of 14 breaches per fence mile of modern pedestrian fencing." GAO-17-331 at 23.

37. GAO's analysis of DHS data also "showed that there were 67 discovered cross-border tunnels, 534 detected ultralight aircraft incursions, and 309 detected drug smuggling incidents involving panga boats (a fishing vessel) and recreational vessels along U.S. mainland borders from fiscal years 2011 through 2016." GAO-17-474, *Additional Actions Could Strengthen DHS Efforts to Address Subterranean, Aerial, and Maritime Smuggling* (2017).[11]

## DHS Actions Under Previous Waivers

38. Between 2008 and 2011, DHS and CBP constructed pedestrian and vehicle fencing along the Southwest Border with Mexico under subsection 101(c) waivers.

> Prior to fence construction, CBP prepared Environmental Stewardship Plans (ESPs) that summarized the natural and cultural resource surveys conducted during fence planning and estimated the potential environmental impacts based on the initial fence design. During construction, environmental monitors ensured implementation of the Best Management Practices (BMP) that were developed and recorded in the ESPs and reported on any deviations from the BMPs...

> CBP prepared 12 Environmental Stewardship Summary Reports (ESSRs) to document the final "footprint" of the … fence segments constructed ...

> These ESSRs were prepared to document the final impacted area, as compared to the original estimates contained in the ESPs, to:

> 1. Provide a comparison of the anticipated impacts to the actual impacts to establish a final new baseline for future maintenance and repair and any potential future actions;

> 2. Document the success of BMPs; and

> 3. Document any changes to the planned location or type of Tactical Infrastructure (TI).

---

[11] *Available at* https://www.gao.gov/assets/690/684408.pdf.

STMT. OF UNDISPUTED MATERIAL FACTS IN SUPP. PLS.' MOT. FOR SUMM. J.
- 11 -                                                                                                 17cv01215

*Environmental Stewardship Plans (ESPs) – Environmental Stewardship Summary Reports (ESSRs)* (published Jan. 31, 2014), https://www.cbp.gov/about/environmental-cultural-stewardship/nepa-documents/esp-essr.

39. Prior to construction in the Rio Grande Valley Sector, CBP

> prepared a Biological Resources Plan (BRP) to identify the presence of sensitive biological resources, particularly federally protected species, and potential impacts on these resources. It provided the BRP to affected resource agencies and land managers for review. The BRP was appended to the Environmental Stewardship Plan (ESP). The original ESP was made available to the public on the CBP Website …

DHS *et al.*, *Final ESSR of the Construction, Operation, and Maintenance of Tactical Infrastructure Pedestrian Fence Segments O-4 Through O-21, U.S. Border Patrol Rio Grande Valley Sector, Texas* 1-1 (2012).[12]

DATED: November 22, 2017     Respectfully submitted,

　　　　　　　　　　　　　　　　s/Brett M. Paben

　　　　　　　　　　　　　　　　Brett M. Paben (FL No. 0416045)
　　　　　　　　　　　　　　　　DEFENDERS OF WILDLIFE
　　　　　　　　　　　　　　　　535 16th Street
　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　Telephone: (720) 943-0457
　　　　　　　　　　　　　　　　bpaben@defenders.org
　　　　　　　　　　　　　　　　*Pro hac vice*

　　　　　　　　　　　　　　　　*Attorney for Plaintiff Defenders of Wildlife*

---

[12] *Available at* https://www.cbp.gov/sites/default/files/documents/ElPaso_TX_PF225_ESSR_FINAL_081512.pdf.

STMT. OF UNDISPUTED MATERIAL FACTS IN SUPP. PLS.' MOT. FOR SUMM. J.

Gloria D. Smith (CA No. 200824)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

*Attorney for Plaintiff Sierra Club*

Anthony T. Eliseuson (IL No. 6277472)
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe Street, Unit 3
Chicago, Illinois 60657
Telephone: (707) 795-2533
aeliseuson@aldf.org
*Pro hac vice*

Sarah K. Hanneken (OR No. 165104)
ANIMAL LEGAL DEFENSE FUND
919 SW Taylor Street, #400
Portland, OR 97205
Telephone: (707) 795-2533
shanneken@aldf.org
*Pro hac vice*

*Attorneys for Plaintiff*
*Animal Legal Defense Fund*