UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION,** | Case No. 17-cv-01215-GPC-WGV<br><br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG<br><br>**Exhibits for Statement of Undisputed Material Facts in Support of Plaintiffs Defenders of Wildlife, Animal Legal Defense Fund, and Sierra Club's Motion for Summary Judgment**<br><br>Judge:     Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Date:      February 9, 2018<br>Time:      1:30 p.m. |

**INDEX OF EXHIBITS**

Exhibit 1     Calculations from DHS, CBP, and USBP Data, Tables 1-12.................... 1-7

**Southwest Border Sector Apprehensions (FY 1996 – FY 2016) – Tables 1-3**

**Source:**

Border Patrol, Southwest Border Sectors, Total Illegal Alien Apprehensions by Fiscal Year (FY 1960 – FY 2006),
https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Southwest%20Border%20Sector%20Apps%20FY1960%20-%20FY2016.pdf

**Table 1. Original Data: Southwest Border Sectors, Total Illegal Alien Apprehensions by Fiscal Year**

| FY | Big Bend | Del Rio | El Centro | El Paso | Laredo | RGV | San Diego | Tucson | Yuma | SW Total |
|------|----------|---------|-----------|---------|--------|---------|-----------|---------|---------|-----------|
| 2016 | 6,366 | 23,078 | 19,448 | 25,634 | 36,562 | 186,830 | 31,891 | 64,891 | 14,170 | 408,870 |
| 2015 | 5,031 | 19,013 | 12,820 | 14,495 | 35,888 | 147,257 | 26,290 | 63,397 | 7,142 | 331,333 |
| 2014 | 4,096 | 24,255 | 14,511 | 12,339 | 44,049 | 256,393 | 29,911 | 87,915 | 5,902 | 479,371 |
| 2013 | 3,684 | 23,510 | 16,306 | 11,154 | 50,749 | 154,453 | 27,496 | 120,939 | 6,106 | 414,397 |
| 2012 | 3,964 | 21,720 | 23,916 | 9,678 | 44,872 | 97,762 | 28,461 | 120,000 | 6,500 | 356,873 |
| 2011 | 4,036 | 16,144 | 30,191 | 10,345 | 36,053 | 59,243 | 42,447 | 123,285 | 5,833 | 327,577 |
| 2010 | 5,288 | 14,694 | 32,562 | 12,251 | 35,287 | 59,766 | 68,565 | 212,202 | 7,116 | 447,731 |
| 2009 | 6,360 | 17,082 | 33,521 | 14,999 | 40,569 | 60,989 | 118,721 | 241,673 | 6,951 | 540,865 |
| 2008 | 5,391 | 20,761 | 40,961 | 30,312 | 43,658 | 75,473 | 162,390 | 317,696 | 8,363 | 705,005 |
| 2007 | 5,536 | 22,920 | 55,883 | 75,464 | 56,714 | 73,430 | 152,460 | 378,239 | 37,992 | 858,638 |
| 2006 | 7,520 | 42,636 | 61,465 | 122,256 | 74,840 | 110,528 | 142,104 | 392,074 | 118,549 | 1,071,972 |
| 2005 | 10,536 | 68,506 | 55,722 | 122,679 | 75,346 | 134,186 | 126,904 | 439,079 | 138,438 | 1,171,396 |
| 2004 | 10,530 | 53,794 | 74,467 | 104,399 | 74,706 | 92,947 | 138,608 | 491,771 | 98,060 | 1,139,282 |
| 2003 | 10,319 | 50,145 | 92,099 | 88,816 | 70,521 | 77,749 | 111,515 | 347,263 | 56,638 | 905,065 |
| 2002 | 11,392 | 66,985 | 108,273 | 94,154 | 82,095 | 89,927 | 100,681 | 333,648 | 42,654 | 929,809 |
| 2001 | 12,087 | 104,875 | 172,852 | 112,857 | 87,068 | 107,844 | 110,075 | 449,675 | 78,385 | 1,235,718 |
| 2000 | 13,689 | 157,178 | 238,126 | 115,696 | 108,973 | 133,243 | 151,681 | 616,346 | 108,747 | 1,643,679 |
| 1999 | 14,952 | 156,653 | 225,279 | 110,857 | 114,004 | 169,151 | 182,267 | 470,449 | 93,388 | 1,537,000 |
| 1998 | 14,509 | 131,058 | 226,695 | 125,035 | 103,433 | 204,257 | 248,092 | 387,406 | 76,195 | 1,516,680 |
| 1997 | 12,692 | 113,280 | 146,210 | 124,376 | 141,893 | 243,793 | 283,889 | 272,397 | 30,177 | 1,368,707 |
| 1996 | 13,214 | 121,137 | 66,873 | 145,929 | 131,841 | 210,553 | 483,815 | 305,348 | 28,310 | 1,507,020 |

**Table 2. Percent of SW Border Total**

| FY | Big Bend | Del Rio | El Centro | El Paso | Laredo | RGV | San Diego | Tucson | Yuma | SW Border |
|---|---|---|---|---|---|---|---|---|---|---|
| **2016** | **1.6%** | **5.6%** | **4.8%** | **6.3%** | **8.9%** | **45.7%** | **7.8%** | **15.9%** | **3.5%** | **100.0%** |
| 2015 | 1.5% | 5.7% | 3.9% | 4.4% | 10.8% | 44.4% | 7.9% | 19.1% | 2.2% | 100.0% |
| 2014 | 0.9% | 5.1% | 3.0% | 2.6% | 9.2% | 53.5% | 6.2% | 18.3% | 1.2% | 100.0% |
| 2013 | 0.9% | 5.7% | 3.9% | 2.7% | 12.2% | 37.3% | 6.6% | 29.2% | 1.5% | 100.0% |
| 2012 | 1.1% | 6.1% | 6.7% | 2.7% | 12.6% | 27.4% | 8.0% | 33.6% | 1.8% | 100.0% |
| 2011 | 1.2% | 4.9% | 9.2% | 3.2% | 11.0% | 18.1% | 13.0% | 37.6% | 1.8% | 100.0% |
| 2010 | 1.2% | 3.3% | 7.3% | 2.7% | 7.9% | 13.3% | 15.3% | 47.4% | 1.6% | 100.0% |
| 2009 | 1.2% | 3.2% | 6.2% | 2.8% | 7.5% | 11.3% | 22.0% | 44.7% | 1.3% | 100.0% |
| 2008 | 0.8% | 2.9% | 5.8% | 4.3% | 6.2% | 10.7% | 23.0% | 45.1% | 1.2% | 100.0% |
| 2007 | 0.6% | 2.7% | 6.5% | 8.8% | 6.6% | 8.6% | 17.8% | 44.1% | 4.4% | 100.0% |
| 2006 | 0.7% | 4.0% | 5.7% | 11.4% | 7.0% | 10.3% | 13.3% | 36.6% | 11.1% | 100.0% |
| **2005** | **0.9%** | **5.8%** | **4.8%** | **10.5%** | **6.4%** | **11.5%** | **10.8%** | **37.5%** | **11.8%** | **100.0%** |
| 2004 | 0.9% | 4.7% | 6.5% | 9.2% | 6.6% | 8.2% | 12.2% | 43.2% | 8.6% | 100.0% |
| 2003 | 1.1% | 5.5% | 10.2% | 9.8% | 7.8% | 8.6% | 12.3% | 38.4% | 6.3% | 100.0% |
| 2002 | 1.2% | 7.2% | 11.6% | 10.1% | 8.8% | 9.7% | 10.8% | 35.9% | 4.6% | 100.0% |
| **2001** | 1.0% | 8.5% | 14.0% | 9.1% | 7.0% | 8.7% | 8.9% | 36.4% | 6.3% | 100.0% |
| **2000** | **0.8%** | **9.6%** | **14.5%** | **7.0%** | **6.6%** | **8.1%** | **9.2%** | **37.5%** | **6.6%** | **100.0%** |
| 1999 | 1.0% | 10.2% | 14.7% | 7.2% | 7.4% | 11.0% | 11.9% | 30.6% | 6.1% | 100.0% |
| 1998 | 1.0% | 8.6% | 14.9% | 8.2% | 6.8% | 13.5% | 16.4% | 25.5% | 5.0% | 100.0% |
| 1997 | 0.9% | 8.3% | 10.7% | 9.1% | 10.4% | 17.8% | 20.7% | 19.9% | 2.2% | 100.0% |
| **1996** | **0.9%** | **8.0%** | **4.4%** | **9.7%** | **8.7%** | **14.0%** | **32.1%** | **20.3%** | **1.9%** | **100.0%** |

| | SW Border | El Centro | | San Diego | |
|---|---|---|---|---|---|
| FY | Change % | Apprehensions | Change % | Apprehensions | Change % |
| **2016** | | 19,448 | | 31,891 | |
| 2015 | 23.40% | 12,820 | 51.7% | 26,290 | 21.3% |
| 2014 | -14.71% | 14,511 | 34.0% | 29,911 | 6.62% |
| 2013 | -1.33% | 16,306 | 19.3% | 27,496 | 15.98% |
| 2012 | 14.57% | 23,916 | -18.7% | 28,461 | 12.05% |
| 2011 | 24.82% | 30,191 | -35.6% | 42,447 | -24.87% |
| 2010 | -8.68% | 32,562 | -40.3% | 68,565 | -53.49% |
| 2009 | -24.40% | 33,521 | -42.0% | 118,721 | -73.14% |
| 2008 | -42.00% | 40,961 | -52.5% | 162,390 | -80.36% |
| 2007 | -52.38% | 55,883 | -65.2% | 152,460 | -79.08% |
| 2006 | -61.86% | 61,465 | -68.4% | 142,104 | -77.56% |
| **2005** | -65.10% | 55,722 | -65.1% | 126,904 | -74.87% |
| 2004 | -64.11% | 74,467 | -73.9% | 138,608 | -76.99% |
| 2003 | -54.82% | 92,099 | -78.9% | 111,515 | -71.40% |
| 2002 | -56.03% | 108,273 | -82.0% | 100,681 | -68.32% |
| 2001 | -66.91% | 172,852 | -88.7% | 110,075 | -71.03% |
| **2000** | -75.12% | 238,126 | -91.8% | 151,681 | -78.97% |
| 1999 | -73.40% | 225,279 | -91.4% | 182,267 | -82.50% |
| 1998 | -73.04% | 226,695 | -91.4% | 248,092 | -87.15% |
| 1997 | -70.13% | 146,210 | -86.7% | 283,889 | -88.77% |
| **1996** | -72.87% | 66,873 | -70.9% | 483,815 | -93.41% |

**Table 3. Percent Change from FY n to FY 2016**

**Southwest Border Sector Apprehensions Changes (FY 2016 – FY 2017) – Tables 4-9**

**Sources:**

Border Patrol, Southwest Border Sectors, Total Illegal Alien Apprehensions by Fiscal Year (FY 1960 – FY 2006),
https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Southwest%20Border%20Sector%20Apps%20FY1960%20-%20FY2016.pdf

CBP, U.S. Border Patrol Monthly Apprehensions (FY 2000 - FY 2016), p. 16
https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Total%20Monthly%20Apps%20by%20Sector%20and%20Area%2C%20FY2000-FY2016.pdf

**Table 4. Original Data: Total Apprehensions FY 2017**

| Sector | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | FY Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 697 | 602 | 478 | 473 | 383 | 357 | 413 | 551 | 378 | 492 | 563 | | 5,387 |
| Del Rio | 2,106 | 1,879 | 1,817 | 1,243 | 1,104 | 746 | 589 | 741 | 761 | 760 | 799 | | 12,545 |
| El Centro | 2,439 | 1,852 | 1,870 | 1,796 | 1,196 | 871 | 848 | 1,133 | 1,280 | 1,480 | 1,880 | | 16,645 |
| El Paso | 3,973 | 4,105 | 3,948 | 2,778 | 1,575 | 978 | 906 | 1,033 | 1,180 | 1,393 | 1,785 | | 23,654 |
| Laredo | 3,350 | 3,194 | 2,459 | 2,267 | 1,709 | 1,256 | 1,304 | 1,723 | 1,839 | 2,122 | 2,143 | | 23,366 |
| RGV | 22,642 | 24,685 | 23,416 | 15,583 | 7,855 | 4,148 | 3,942 | 4,882 | 5,817 | 7,107 | 8,650 | | 128,727 |
| San Diego | 2,934 | 2,947 | 3,099 | 2,927 | 1,809 | 1,356 | 1,392 | 1,724 | 1,652 | 1,765 | 2,241 | | 23,846 |
| Tucson | 5,925 | 5,912 | 4,303 | 3,359 | 2,589 | 2,149 | 1,487 | 2,199 | 2,632 | 2,177 | 2,914 | | 35,646 |
| Yuma | 2,117 | 2,034 | 1,859 | 1,156 | 534 | 336 | 244 | 534 | 548 | 894 | 1,318 | | 11,574 |
| **SW Total** | **46,183** | **47,210** | **43,249** | **31,582** | **18,754** | **12,197** | **11,125** | **14,520** | **16,087** | **18,190** | **22,293** | | **281,390** |

**Table 5. Original Data: Total Illegal Alien Apprehensions by Month - FY 2016, p. 16**

| Sector | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | FY Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| El Centro | 1,214 | 1,239 | 1,253 | 1,061 | 1,342 | 1,775 | 2,097 | 2,000 | 1,719 | 1,669 | 2,047 | | 17,416 |
| San Diego | 2,081 | 2,022 | 2,196 | 2,525 | 2,504 | 3,108 | 3,329 | 3,118 | 2,522 | 2,555 | 2,748 | | 28,708 |
| **SW Border** | **32,724** | **32,838** | **37,014** | **23,758** | **26,072** | **33,316** | **38,089** | **40,337** | **34,450** | **33,723** | **37,048** | | **369,369** |

**Table 6. Sector Percent of Total Southwestern Border Apprehensions (FY 2017)**

| Sector | FY 2017 | | Feb-Aug 2017 | | Feb-July 2017 | |
|---|---|---|---|---|---|---|
| | FY Total | % SW Total | Total | % SW Total | Total | % SW Total |
| Big Bend | 5,387 | 1.91% | 3,137 | 2.77% | 2,574 | 2.83% |
| Del Rio | 12,545 | 4.46% | 5,500 | 4.86% | 4,701 | 5.17% |
| El Centro | 16,645 | 5.92% | 8,688 | 7.68% | 6,808 | 7.49% |
| El Paso | 23,654 | 8.41% | 8,850 | 7.82% | 7,065 | 7.77% |
| Laredo | 23,366 | 8.30% | 12,096 | 10.69% | 9,953 | 10.95% |
| RGV | 128,727 | 45.75% | 42,401 | 37.47% | 33,751 | 37.14% |
| San Diego | 23,846 | 8.47% | 11,939 | 10.55% | 9,698 | 10.67% |
| Tucson | 35,646 | 12.67% | 16,147 | 14.27% | 13,233 | 14.56% |
| Yuma | 11,574 | 4.11% | 4,408 | 3.90% | 3,090 | 3.40% |
| **SW Total** | **281,390** | **100.00%** | **113,166** | **100.00%** | **90,873** | **100.00%** |

**Table 7. Sector Percent of Total Southwestern Border Apprehensions (FY 2016)**

| Sector | FY 2016 | | Feb-Aug 2016 | | Feb-July 2016 | |
|---|---|---|---|---|---|---|
| | FY Total | % SW Total | Total | % SW Total | Total | % SW Total |
| El Centro | 17,416 | 4.72% | 12,649 | 5.20% | 10,602 | 5.15% |
| San Diego | 28,708 | 7.77% | 19,884 | 8.18% | 17,136 | 8.32% |
| **SW Total** | 369,369 | 100.00% | 243,035 | 100.00% | 205,987 | 100.00% |

**Table 8. Percent Change in Total Illegal Alien Apprehensions by Month (FY 2016 – FY 2017)**

| Sector | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct-Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| El Centro | 1.01 | 0.49 | 0.49 | 0.69 | -0.11 | -0.51 | -0.60 | -0.43 | -0.26 | -0.11 | -0.08 | | -0.04 |
| San Diego | 0.41 | 0.46 | 0.41 | 0.16 | -0.28 | -0.56 | -0.58 | -0.45 | -0.34 | -0.31 | -0.18 | | -0.17 |
| **SW Border** | **0.41** | **0.44** | **0.17** | **0.33** | **-0.28** | **-0.63** | **-0.71** | **-0.64** | **-0.53** | **-0.46** | **-0.40** | | **-0.24** |

**Table 9. Change in Sector Apprehensions (FY 2016 – FY 2017)**

| Sector | Oct 2016 – Aug 2017 | Feb – Aug 2017 | Feb-July 2017 |
|---|---|---|---|
| El Centro | -4.43% | -31.31% | -35.79% |
| San Diego | -16.94% | -39.96% | -43.41% |
| **SW Total** | **-23.82%** | **-53.44%** | **-55.88%** |

*CALCULATIONS IN PLS.' STATEMENT OF UNDISPUTED MATERIAL FACTS MOT. FOR SUMM. J.*

EXHIBIT 1
P. 5

**Southwest Border Sector Agent Staffing Change (FY 1996 – FY 2016) – Tables 10-11**

**Source:**
CBP, United States Border Patrol Border Patrol Agent Nationwide Staffing by Fiscal Year (as of October 1, 2016)
https://www.cbp.gov/sites/default/files/assets/documents/2016-Oct/BP%20Staffing%20FY1992-FY2016.pdf

**Table 10. Original Data**

| FY | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 134 | 135 | 164 | 144 | 196 | 194 | 253 | 230 | 239 | 220 | 246 | 336 | 421 | 682 | 672 | 667 | 693 | 623 | 588 | 549 | 511 |
| Del Rio | 406 | 471 | 589 | 639 | 758 | 893 | 972 | 950 | 933 | 907 | 935 | 1138 | 1427 | 1682 | 1650 | 1626 | 1655 | 1598 | 1537 | 1536 | 1439 |
| El Centro | 189 | 249 | 383 | 423 | 502 | 589 | 683 | 755 | 734 | 684 | 713 | 894 | 1080 | 1187 | 1181 | 1164 | 1168 | 1141 | 1074 | 1004 | 927 |
| ElPaso | 841 | 918 | 972 | 957 | 1036 | 1086 | 1122 | 1188 | 1094 | 1330 | 1741 | 2251 | 2506 | 2712 | 2752 | 2738 | 2718 | 2631 | 2522 | 2364 | 2240 |
| Laredo | 415 | 451 | 628 | 685 | 806 | 921 | 969 | 1025 | 981 | 937 | 926 | 1206 | 1636 | 1863 | 1858 | 1871 | 1879 | 1804 | 1785 | 1670 | 1670 |
| RGV | 507 | 760 | 1107 | 1166 | 1368 | 1451 | 1484 | 1524 | 1439 | 1380 | 1431 | 1822 | 2063 | 2422 | 2441 | 2504 | 2546 | 3086 | 3064 | 3056 | 3135 |
| San Diego | 1965 | 2281 | 2274 | 2136 | 2053 | 2004 | 1807 | 1972 | 1651 | 1562 | 1671 | 2019 | 2328 | 2570 | 2594 | 2669 | 2623 | 2572 | 2546 | 2430 | 2325 |
| Tucson | 702 | 875 | 1013 | 1328 | 1548 | 1686 | 1626 | 1838 | 2104 | 2324 | 2595 | 2806 | 3049 | 3318 | 3353 | 4239 | 4176 | 4135 | 4052 | 3991 | 3834 |
| Yuma | 174 | 175 | 227 | 228 | 313 | 323 | 323 | 358 | 331 | 547 | 774 | 825 | 932 | 972 | 987 | 969 | 954 | 911 | 859 | 804 | 829 |
| **Total** | 5333 | 6315 | 7357 | 7706 | 8580 | 9147 | 9239 | 9840 | 9506 | 9891 | 11032 | 13297 | 15442 | 17408 | 17488 | 18447 | 18412 | 18501 | 18027 | 17404 | 16910 |

**Table 11. Sector Percent of SW Total**

| FY | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| El Centro | 0.035 | 0.039 | 0.052 | 0.055 | 0.059 | 0.064 | 0.074 | 0.077 | 0.077 | 0.069 | 0.065 | 0.067 | 0.070 | 0.068 | 0.068 | 0.063 | 0.063 | 0.062 | 0.060 | 0.058 | 0.055 |
| San Diego | 0.368 | 0.361 | 0.309 | 0.277 | 0.239 | 0.219 | 0.196 | 0.200 | 0.174 | 0.158 | 0.151 | 0.152 | 0.151 | 0.148 | 0.148 | 0.145 | 0.142 | 0.139 | 0.141 | 0.140 | 0.137 |

| FY | 2015-16 | 1996-16 | 2000-16 | 2005-16 | 2011-16 | 2013-16 |
|---|---|---|---|---|---|---|
| **Table 12. Percent Change in Agents from FY n to FY 2016** | | | | | | |
| Big Bend | -6.92% | 281.34% | 160.71% | 132.27% | -23.39% | -17.98% |
| Del Rio | -6.32% | 254.43% | 89.84% | 58.65% | -11.50% | -9.95% |
| El Centro | -7.67% | 390.48% | 84.66% | 35.53% | -20.36% | -18.76% |
| El Paso | -5.25% | 166.35% | 116.22% | 68.42% | -18.19% | -14.86% |
| Laredo | 0.00% | 302.41% | 107.20% | 78.23% | -10.74% | -7.43% |
| RGV | 2.59% | 518.34% | 129.17% | 127.17% | 25.20% | 1.59% |
| San Diego | -4.32% | 18.32% | 13.25% | 48.85% | -12.89% | -9.60% |
| Tucson | -3.93% | 446.15% | 147.67% | 64.97% | -9.55% | -7.28% |
| Yuma | 3.11% | 376.44% | 164.86% | 51.55% | -14.45% | -9.00% |
| **Total** | **-2.84%** | **217.08%** | **97.09%** | **70.96%** | **-8.33%** | **-8.60%** |