XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
TIMOTHY R. PATTERSON (SBN 72209)
MICHAEL P. CAYABAN (SBN 179252)
DAVID G. ALDERSON (SBN 231597)
Supervising Deputy Attorneys General
JOHN APPELBAUM (SBN 149643)
NOAH GOLDEN-KRASNER (SBN 217556)
JANELLE M. SMITH (SBN 231801)
AMIE MEDLEY (SBN 266586)
BAINE P. KERR (SBN 265894)
JULIA FORGIE (SBN 304701)
JESSICA BARCLAY STROBEL (SBN 280361)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, California 92101
Telephone: (619) 738-9313
Fax: (619) 645-2271
E-mail: Mike.Cayaban@doj.ca.gov
*Attorneys for the People of the State of California, by and through Xavier Becerra, Attorney General, and the California Coastal Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION | Case No. 17cv1215-GPC(WVG)<br><br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 9, 2018<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>The Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** on February 9, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 2D of the above-captioned Court located at

1

221 West Broadway, Suite 2190, San Diego, California, Plaintiffs, the People of the State of California and the California Coastal Commission (collectively "California" or "the State"), will move the Court for an Order granting summary judgment under Federal Rule of Civil Procedure 56(a), on the grounds that there is no genuine issues as to any material fact and that California is entitled to judgment as to each of California's claims as a matter of law. Specifically, California is entitled to summary judgment based on each of the following grounds:

    1.    Defendants' violated the National Environmental Policy Act (42 U.S.C. § 4321 et seq.) and the Administrative Procedure Act ("APA") (5 U.S.C. § 551 et. seq.) and, thus, California is entitled to judgment as a matter of law on their First Claim for Relief.

    2.    Defendants' violated the Coastal Zone Management Act (16 U.S.C. § 1451 et seq.) and the Administrative Procedure Act and, thus, California is therefore entitled to judgment as a matter of law on their Second Claim for Relief.

    3.    Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), as amended (8 U.S.C. § 1103) ("Section 102") does not authorize Defendants' proposed Border Wall Projects, including the border infrastructure projects described in the San Diego Waiver and Calexico Waiver, and thus, California is entitled to judgment as a matter of law on their Third Claim for Relief.

    4.    The Secretary of Homeland Security's authority to expedite border infrastructure projects through the use Section 102(c)'s waiver provision expired on December 31, 2008, and, thus, California is entitled to judgment as a matter of law on their Fourth Claim for Relief.

    5.    Defendants exceeded their authority in issuing the "San Diego Waiver" (82 Fed. Reg. 35,984-01) and the "Calexico Waiver" (82 Fed. Reg. 42,829-01) in that the waivers failed to satisfy the requirements of Section 102 and thus, Plaintiffs are entitled to judgment as a matter of law on their Fifth Claim for Relief.

2

Not. of Mot. & Motion for Summ. J. (17cv1215-GPC(WVG))

6. The San Diego Waiver and Calexico Waiver (referred collectively as the "2017 Waivers") are impermissibly vague, denying Plaintiffs of their Article III and Due Process Rights and, thus, California is entitled to judgment as a matter of law on their Sixth Claim for Relief.

7. Section 102 and Defendants' application of that provision through the "2017 Waivers" violate the Separation of Powers Doctrine (U.S. Const. art I, sec. 1), thus, California is entitled to judgment as a matter of law on their Seventh Claim for Relief.

8. Section 102 and Defendants' application of that provision through the "2017 Waivers" violate the Non-Delegation Doctrine of the United States Constitution (U.S. Const. art I, sec. 1), thus, California is entitled to judgment as a matter of law on their Eighth Claim for Relief.

9. Section 102 and Defendants' application of that provision through the "2017 Waivers" violate constitutional doctrines restricting the Executive Branch ability to immunize its own conduct from criminal liability (U.S. Const. art I, sec. 3) and thus, California is entitled to judgment as a matter of law on their Ninth Claim for Relief.

10. Section 102 and Defendants' application of that provision through the "2017 Waivers" violate the Presentment Clause of the United States Constitution (U.S. Const. art I, sec. 7, cl. 2), thus, California is entitled to judgment as a matter of law on their Tenth Claim for Relief.

11. Section 102 and Defendants' application of that provision through the "2017 Waivers" violate the Tenth Amendment to the United States Constitution by burdening California's sovereign rights absent current justification and improperly infringing upon California's police powers and thus, California is entitled to judgment as a matter of law on their Eleventh Claim for Relief.

This motion will be, and is, based on this notice, the accompanying memorandum of points and authorities, the Declaration of Michael Cayaban and

3

Not. of Mot. & Motion for Summ. J. (17cv1215-GPC(WVG))

the26 exhibits attached to said declaration, the Declarations of Kevin Clark, Dr. Sula Vanderplank, and Mark Delaplaine, the concurrently filed Separate Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Summary Judgment, the complete files and records of the Court in this action and the consolidated actions, and upon such other and further evidence as the Court may entertain at the time of hearing.

Dated: November 22, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TIMOTHY R. PATTERSON
Supervising Deputy Attorney General


s/Michael P. Cayaban
MICHAEL P. CAYABAN
Supervising Deputy Attorney General
*Attorneys for the People of the State of California, by and through Xavier Becerra, Attorney General, and the California Coastal Commission*

SD2017306030
71374947.docx

4

Not. of Mot. & Motion for Summ. J. (17cv1215-GPC(WVG))

# CERTIFICATE OF SERVICE

Case Name: **In Re: Border Infrastrucure Environmental Litigation**    No. **17cv1215-GPC(WVG)**

I hereby certify that on November 22, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

2) MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY PLAINTIFFS PEOPLE OF THE STATE OF CALIFORNIA AND THE CALIFORNIA COASTAL COMMISSION

3) PEOPLE OF THE STATE OF CALIFORNIA AND CALIFORNIA COASTAL COMMISSION'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

4) DECLARATION OF MICHAEL CAYABAN IN SUPPORT OF PEOPLE'S MOTION FOR SUMMARY JUDGMENT

5) DECLARATION OF KEVIN B. CLARK IN SUPPORT OF PEOPLE'S MOTION FOR SUMMARY JUDGMENT

6) DECLARATION OF MARK DELAPLAINE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY THE PEOPLE OF THE STATE OF CALIFORNIA AND THE CALIFORNIA COASTAL COMMISSION

7) DECLARATION OF S. VANDERPLANK IN SUPPORT OF PEOPLES' MOTION FOR SUMMARY JUDGMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 22, 2017, at San Diego, California.

Roberta L. Matson
Declarant

Signature

SD2017306030
71378606.docx