# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION** | Case No. 3:17-cv-01215-GPC-WVG<br>Consolidated with<br>Case No. 17-cv-01873-GPC-WVG<br>Case No. 17-cv-01911-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF FOIA CLAIMS** |

Good cause appearing, the parties' joint motion to voluntarily dismiss Plaintiff's Seventh Cause of Action for Freedom of Information Act, 5 U.S.C. § 552, violations with prejudice is **GRANTED**.

**IT IS SO ORDERED**.

Dated: March 26, 2018

Hon. Gonzalo P. Curiel
United States District Judge